**MEMORANDUM ENDORSED**
# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2023
```

October 28, 2016

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, New York 10007

                Re:    Bortz v. Improv America LLC, d/b/a Asylum NYC. et al
                        Case 1:22-cv-09036-GHW

Dear Judge Woods:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      The Initial Pretrial Conference in this matter has been scheduled for February 6, 2023 at 3:00 p.m. in your courtroom. Plaintiff and Defendants counsel have entered into settlement discussions, and as such, it is hereby respectfully requested that this Conference be adjourned in order to provide ample time for in-depth continued settlement discussions, while conserving further attorneys' fees and costs. Therefore, we respectfully request a 30-day adjournment to a later date date which is most convenient to this Honorable Court.

      We have conferred with the opposing counsel, who consents to the filing of this motion.

      This Court may wish to take notice that this is Plaintiff's first request for adjournment of this Conference. Thank you for your attention to this request.

                                      Sincerely,

                                      By: <u>S/ B. Bradley Weitz</u>
                                          B. Bradley Weitz, Esq.
                                          THE WEITZ LAW FIRM, P.A.
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com
                                          *Attorney for Plaintiff*

---

Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 15, is granted. The initial pretrial conference scheduled for February 6, 2023 at 3:00 p.m. is adjourned to March 17, 2023 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's October 24, 2022 order are due no later than March 10, 2023.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: February 3, 2023
New York, New York

                                                              GREGORY H. WOODS
                                                          United States District Judge